IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW FOSTER,<br>individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED MOTORS LTD. D/B/A LIBERTY AUTO PLAZA,<br><br>*Defendant*. | CLASS ACTION<br><br>JURY TRIAL DEMANDED<br><br>CASE NO 1:20-CV-00961 |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Andrew Foster, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), does hereby dismiss this this action as follows:

1. All claims of the Plaintiff, Andrew Foster, individually, are hereby dismissed with prejudice, with each party bearing its own fees and costs.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: March 27, 2020

Respectfully Submitted,


**SHAMIS & GENTILE, P.A.**
*/s/ Andrew J. Shamis*
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

        **SHAMIS & GENTILE, P.A.**
        14 NE 1st Ave., Suite 705
        Miami, FL 33132
        Telephone (305) 479-2299
        Facsimile (786) 623-0915
        Email: efilings@sflinjuryattorneys.com

By:   /S/Andrew J. Shamis____
      ANDREW J. SHAMIS, ESQ
      Florida Bar # 101754

*Attorneys for Plaintiff Andrew Foster and all others similarly situated.*