# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Andrew Foster

                          Plaintiff,

v.                                                      Case No.: 1:20−cv−00961
                                                        Honorable Edmond E. Chang

United Motors Ltd.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 27, 2020:

      MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the notice of voluntary dismissal [16], under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case is dismissed with prejudice as to the individual claims, each side to bear its own fees and costs. The proposed class claims are dismissed without prejudice. Status hearing of 04/14/2020 is vacated. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.